UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ANDRADE-SANTOS,

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

Respondent.

No.  1:26-cv-02593-TLN-EFB (HC)

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On April 30, 2026, respondents filed a return to the petition.  ECF No. 13.  On May 1, 2026, the court referred the matter to the undersigned magistrate judge.  ECF No. 14.

IT IS HEREBY ORDERED that petitioner may file a traverse on or before May 11, 2026. If no traverse is filed by that date, the court will consider the petition submitted.

DATED: May 4, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1